1  QUIN DENVIR, Bar #49374
   Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MICHAEL KENNETH CHILL
6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) NO. CR-S-05-151-FCD
                                  )
12              Plaintiff,        )
                                  ) STIPULATION AND ORDER
13      v.                        ) CONTINUING STATUS CONFERENCE
                                  )
14 MICHAEL KENNETH CHILL,         )
                                  ) Date:  June 13, 2005
15              Defendant.        ) Time:  9:30 a.m.
                                  ) Judge: Frank C. Damrell, Jr.
16 _____)

17

18      MICHAEL KENNETH CHILL, by and through his counsel, Caro Marks,

19 Assistant Federal Defender, and the United States Government, by and

20 through its counsel, William Wong, Assistant United States Attorney,

21 hereby stipulate and agree to vacate the previously scheduled status

22 conference hearing date of May 31, 2005 and continue the matter for

23 status conference on June 13, 2005 at 9:30 a.m..

24      This continuance is needed to allow defense counsel adequate time

25 to locate and interview percipient witnesses, as well as to ascertain

26 the status of evidence in the possession or custody of the government

27 (fingerprints, etc.).

28 ///

///

IT IS FURTHER STIPULATED that the period from May 31, 2005 up to and including June 13, 2005 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for preparation of counsel.

Dated: May 26, 2005

>     Respectfully submitted,
>
>     QUIN DENVIR
>     Federal Defender
>
>     /s/ Caro Marks
>     _____
>     CARO MARKS
>     Assistant Federal Defender
>     Attorney for Defendant
>     MICHAEL KENNETH CHILL

Dated: May 26, 2005

>     MCGREGOR SCOTT
>     United States Attorney
>
>     /s/ William Wong
>     _____
>     WILLIAM WONG
>     Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: May 26, 2005

>     /s/ Frank C. Damrell Jr.
>     FRANK C. DAMRELL, JR.
>     U.S. District Court Judge

Stip and order\Michael Kenneth Chill (Cr-S-05-151 FCD)