```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MICHAEL KENNETH CHILL
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  NO. CR-S-05-151-FCD
                                 )
12              Plaintiff,       )
                                 )  STIPULATION AND ORDER
13       v.                      )  TO AMEND CONDITIONS OF RELEASE
                                 )
14  MICHAEL KENNETH CHILL,       )
                                 )
15              Defendant.       )
                                 )
16  _____)

17
```

18      MICHAEL KENNETH CHILL, by and through his counsel, Caro Marks,
19 Assistant Federal Defender, and the United States Government, by and
20 through its counsel, William Wong, Assistant United States Attorney,
21 hereby stipulate and agree that the court ordered the defendant
22 released on $200,000.00 on April 21, 2005 and will be secured by a deed
23 of trust in the amount of $180,000.00 to be posted with the court.
24 This amendment is necessary because the property being posted currently
25 shows an equity of $180,000.00.
26 ///
27 ///
28 ///

Because of this stipulation, the government's initials will not appear on the bail paperwork that is filed with the court.

Dated: June 29, 2005

      Respectfully submitted,

      QUIN DENVIR
      Federal Defender


      /s/ Caro Marks
      _____
      CARO MARKS
      Assistant Federal Defender
      Attorney for Defendant
      MICHAEL KENNETH CHILL

Dated: June 29, 2005

      MCGREGOR SCOTT
      United States Attorney


      /s/ William Wong
      _____
      WILLIAM WONG
      Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**

DATED: June 29, 2005.

      _____
      DALE A. DROZD
      UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/chill0151.stipord

Stip and order\Michael Kenneth Chill (Cr-S-05-151 FCD)