

U.S. Department of Justice
Federal Bureau of Prisons
U. S. Medical Center for Federal Prisoners
P. O. Box 4000

Springfield, MO 65801-4000

June 13, 2005

**FILED**

JUN 2 1 2005

:LERK, U.S. DISTRICT COURT
TERN DISTRICT OF CALIFORNI.'

The Honorable Garland E. Burrell, Jr.
United States District Judge
Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA  95814

**RE:   BALLESTEROS, James R.**
**Reg. No. 93449-011**
**Docket No. CR-S-04-0144 GEB**

Dear Judge Burrell:

The above-named inmate was received at the United States Medical Center for Federal
Prisoners on June 9, 2005, for psychological evaluation and treatment under Title 18 U.S.C.
4241(d).  Mr. Ballesteros will remain at this facility for up to 120 days in attempt to restore
competency for trial.  A copy of the requested psychological study will follow.

If you have any questions or require additional information, Mr. Ballesteros is being seen by
Dr. Christina Pietz.  Dr. Pietz may be reached at (417)862-7041, extension 444.

Sincerely,

T. J. Appleby
Mental Health Unit Manager