1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )    CASE NO. CR S-05-151
                                   )
11              Plaintiff,         )
                                   )    MOTION AND ORDER
12      v.                         )    TO DISMISS
                                   )
13  MICHAEL K. CHILL,              )    DATE: October 11, 2005
                                   )    TIME: 9:30 a.m.
14              Defendant.         )    COURT: Hon. Frank C. Damrell
    _____)
15

16      The United States requests leave of court to dismiss this

17  case.  Fed. R. Crim. P. 48(a).  It appears from an interview and

18  a document that the firearm at issue in this case belonged to a

19  person other than the Defendant.  Further, it appears that the

20  evidence of joint possession would probably be insufficient to

21  obtain and sustain a conviction.  See U.S.A.M. 9-27.220.

22
                                   Respectfully Submitted,
23                                 McGREGOR W. SCOTT
                                   United States Attorney
24

25
    DATED:  October 6, 2005    By:   /s/ Matt Segal
26                                 MATTHEW D. SEGAL
                                   Assistant U.S. Attorney
27
    **IT IS SO ORDERED**.
28
    DATED: October 6, 2005        /s/ Frank C. Damrell Jr.
                                  HON. FRANK C. DAMRELL JR.