QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, CA Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MICHAEL CHILL


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. S Cr 05-151 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO EXONERATE BOND; ORDER |
| v. | ) | |
| | ) | |
| MICHAEL CHILL, | ) | |
| | ) | |
| Defendant. | ) | Judge: Hon. Frank C. Damrell |
| | ) | |
| _____ | ) | |

    Mr. Chill was ordered released on a $200,000- bond secured by the equity in the home of Kenneth and Colleen Chill, On June 29, 2005. Certificate of Title was received by the Court on July 27, 2005, receipt number 2036519.  On October 6,2005 the Court granted the government's Motion to dismiss the indictment against Michael Chill.

///

///

As the charges have now been dismissed it is requested that the bond be exonerated and that the Certificate of Title be returned at the earliest possible time.

Dated:   December 20, 2005

                                          Respectfully submitted,

                                          QUIN DENVIR
                                          Federal Defender

                                          /s/ Caro Marks
                                          _____
                                          CARO MARKS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          MICHAEL CHILL

**O R D E R**

**IT IS SO ORDERED.**

Dated: December 21, 2005                /s/ Frank C. Damrell Jr.
                                          HON. FRANK C. DAMRELL JR.
                                          U.S. DISTRICT COURT JUDGE